# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANDRITZ INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:15-CV-796-RWS |
| M&G FINANZIARIA S.R.L., et al., | : |
| Defendants. | : |

## **ORDER**

The parties have informed the Court that they have reached a settlement agreement. The Clerk is DIRECTED to administratively close this action. The parties have the right to reopen the case by motion if necessary.

**SO ORDERED**, this 5th day of November, 2018.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)